United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 25-12927-amc
Ra Hean     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Dec 17, 2025     Form ID: 155     Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ra Hean, 25 East Lane, Levittown, PA 19054-2701 |
| 15031643 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15038300 | + | Pennymac Loan Services, LLC, c/o Matthew Fissel, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 15031655 | + | Student Loan Solutions, LLC, 300 Chatham Avenue, Suite 300, Rock Hill, SC 29730-4986 |
| 15031656 | + | Tida Hean, 2300 S. 23rd Street, Philadelphia, PA 19145-3204 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15032944 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2025 00:33:04 | AIS Portfolio Services, LLC, c/o Amitkumar Sharma, Esq., 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 15031648 | | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 18 2025 00:32:45 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15032533 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2025 00:32:55 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15048326 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2025 00:32:43 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15031649 | | Email/Text: ally@ebn.phinsolutions.com | Dec 18 2025 00:24:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 15031650 | | Email/Text: rm-bknotices@bridgecrest.com | Dec 18 2025 00:25:00 | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 15035497 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2025 00:32:55 | Bridgecrest Credit Company, LLC, AIS Portfolio Services, LLC, c/o Amitkumar Sharma, Esq., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 15034732 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2025 00:32:55 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15031647 | | Email/Text: megan.harper@phila.gov | Dec 18 2025 00:24:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15036680 | + | Email/Text: mrdiscen@discover.com | Dec 18 2025 00:24:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany Oh 43054-3025 |
| 15036917 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 18 2025 00:33:04 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15031651 | | Email/Text: mrdiscen@discover.com | Dec 18 2025 00:24:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15031652 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 18 2025 00:25:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15031640 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2025 00:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15035944 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 00:32:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15038260 | ^ | MEBN | Dec 18 2025 00:23:23 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15031654 | | Email/Text: ProsperBK@prosper.com | Dec 18 2025 00:24:00 | Prosper Funding LLC, Attn: Bankruptcy, 221 Main St, Ste 300, San Francisco, CA 94105-1909 |
| 15031641 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 18 2025 00:24:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15031644 | ^ | MEBN | Dec 18 2025 00:23:32 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15049210 | + | Email/PDF: ebnotices@pnmac.com | Dec 18 2025 00:32:58 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15031653 | | Email/PDF: ebnotices@pnmac.com | Dec 18 2025 00:33:07 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 15031646 | + | Email/Text: bankruptcy@philapark.org | Dec 18 2025 00:25:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15036744 | + | Email/Text: bncmail@w-legal.com | Dec 18 2025 00:24:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 15054522 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 18 2025 00:33:04 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15031645 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 18 2025 00:24:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15031642 | ^ | MEBN | Dec 18 2025 00:23:22 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15031802 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 18 2025 00:32:44 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15035499 | *+ | Bridgecrest Credit Company, LLC, AIS Portfolio Services, LLC, c/o Amitkumar Sharma, Esq., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 15034733 | *+ | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 17, 2025 | Form ID: 155 | Total Noticed: 32 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Ra Hean brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Ra Hean<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−12927−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: December 16, 2025                                                        For The Court

                                                                               Ashely M. Chan
                                                                               Chief Judge, United States Bankruptcy Court